*T. Brady* for petitioner. *Messrs. George Kunkel* and *Walter H. Compton* for respondent.

No. 518. OBEAR-NESTER GLASS Co. *v.* WALGREEN DRUG STORES, INC., ET AL. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lawrence C. Kingsland* and *Edmund C. Rogers* for petitioner. *Messrs. Vernon M. Dorsey, Edward S. Rogers, John H. Bruninga,* and *John H. Sutherland* for respondents.

No. 112. FLOYD ET AL. *v.* EGGLESTON ET AL. December 9, 1940. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Crampton Harris* for petitioners. *Messrs. David B. Tammell* and *Victor C. Mieher* for respondents.

No. 536. INGELS *v.* STATE OF WASHINGTON. December 9, 1940. Petition for writ of certiorari to the Supreme Court of the State of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Ted Ingels, pro se.*

No. 557. HAZZARD ET AL. *v.* CHASE NATIONAL BANK. December 9, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Jack Lewis Kraus II, Smith W. Brookhart, John J. Burns, Morris L. Ernst, Moses H. Grossman, Benjamin S. Kirsh,* and *Joel R.*